## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| PIONEER HEALTH SYSTEMS, LLC, | ) | Bankruptcy Case No.: 24-10279-JKS |
| | ) | Bankr BAP No. 25-0066 |
| Debtor. | ) | |
| _____ | ) | |
| PROVIDENT HEALTHCARE PARTNERS, | ) | |
| LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-1550-CFC |
| | ) | |
| PIONEER HEALTH SYSTEMS, LLC, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

## <u>ORDER</u>

At Wilmington, Delaware, this **4th day of February 2026;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals

from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023,

the Court conducted an initial review of this matter, including having gathered information from

the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties do not jointly agree that their disputes here can be resolved

through mediation;

WHEREAS based upon the arguments presented by counsel, the Court finds it unlikely

that mediation will resolve the pending claims on appeal;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that

mediation is not appropriate in this matter and recommends that the assigned District Judge issue

an order withdrawing the matter from mediation and setting the following appellate briefing

schedule (agreed to by the parties):

1.  Appellant's Opening Brief shall be filed on February 11, 2026.

2.  Appellee's Answering Brief shall be filed March 27, 2026.

3.  Appellant's Reply Brief shall be filed April 24, 2026.

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE