IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| PIONEER HEALTH SYSTEMS, LLC, ) | Bankr. Case No. 24-10279-JKS |
| ) | Bankr. BAP No. 25-0066 |
| Debtor. ) | |
| ) | |
| PROVIDENT HEALTHCARE ) | |
| PARTNERS, LLC, ) | Civil Action No. 25-1550-CFC |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | |
| PIONEER HEALTH SYSTEMS, LLC, ) | |
| ) | |
| Appellee. ) | |

## ORDER

At Wilmington on this 4th day of February in 2026, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

It is HEREBY ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **February 11, 2026**.

2. Appellee's brief in opposition to the appeal is due on or before **March 27, 2026**.

3. Appellant's reply brief is due on or before **April 24, 2026**.

_____
Chief Judge